WILLIAM P. HICKOK, Appellant, *v.* THE CITY OF MOUNT VERNON, Respondent.

*Hickok* v. *City of Mount Vernon,* 145 App. Div. 599, appeal dismissed.

(Submitted February 4, 1913; decided February 25, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 23, 1911, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover damages alleged to have been sustained by the plaintiff through the wrongful acts of the defendant in preventing the further removal of plaintiff's house after the same had been moved upon the street, and revoking the permission granted to plaintiff to move said house.

*Isaac N. Miller* for appellant.

*Frank A. Bennett* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CUDDEBACK, HOGAN and MILLER, JJ.